**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.07-CV-00128-EWN-MJW

CHRISTOPHER WELLS

Plaintiff,

v.

PIKES PEAK ACURA, LTD.,
a/k/a Crouch Management, Inc.
a/k/a Pikes Peak Imports, Ltd.

---

# COMPLAINT AND JURY DEMAND

---

## I. Preliminary Statement

1. This action seeks declaratory, injunctive and equitable relief; liquidated, compensatory, and punitive damages; and costs and attorney's fees for the breach of public policy by demanding that Plaintiff commit illegal and unethical acts on behalf of Defendant or lose his employment; age discrimination suffered by Plaintiff in his discharge by Defendant Corporation; for the fraudulent defamation of his professional stature by Defendant through its characterization of him as incompetent; for his wrongful discharge in violation of contractual obligations impliedly and by operation of promissory estoppel entered into by Defendant; for fraudulently defaming Plaintiff's reputation and good name; for breach of contract and good faith and fair dealing.

## II. Jurisdiction

2. This action arises under the Age Discrimination in Employment Act of 1967, 29 U.S.C.A. §§ 621 et seq. The Fair Labor Standards Act, 29 U.S.C.A. § 216; and the Common law of the State of Colorado.