IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-00128-EWN-MJW

---

CHRISTOPHER WELLS,

Plaintiff,

v.

PIKES PEAK ACURA, LTD.,
a/k/a Crouch Management, Inc.
a/k/a Pike Peak Imports, Ltd.,

Defendant.

---

ORDER (Docket no 15)

---

THE COURT, having reviewed Plaintiff's First Motion to Amend Complaint dated May 11, 2007 ("Motion"), and being advised in the premises, FINDS that the Motion is well-taken, and ORDERS that Plaintiff shall be granted leave to amend and the attached amended complaint designating a/k/a Pikes Peak Imports, Ltd., to be added to the complaint and future pleadings, pursuant to the April 3, 2007, Scheduling Order and Rule 15(a), Fed. R. Civ. P. *Plaintiff shall File The Amended Complaint with The Court within Five (5) from the Date of This order.

So ordered this 15th day of May, 2007.

BY THE COURT:

/s/ Michael J. Watanabe

~~United States District Judge~~
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO