**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

**Civil Action No.**  07-cv-00128-EWN-MJW                    FTR

**Date:**  August 9, 2007                                      Shelley Moore, Deputy Clerk

CHRISTOPHER WELLS,                                       Marc T. Wuthrich
                                                        Alan Parr
                          Plaintiff(s),

v.

PIKES PEAK ACURA, LTD.,                                  Timothy M. Murphy
                                                        Michael B. Sullivan
                          Defendant(s).

---

**COURTROOM MINUTES / MINUTE ORDER**

---

**MOTION HEARING**

**Court in Session 2:03 p.m.**

Court calls case.  Appearances of counsel.

2:05 p.m.        Mr. Wuthrich presents argument on Plaintiff's Motion to Compel Production of
                 Customer Files (document 20).

2:19 p.m.        Defendant calls witness Jeffrey Jensen.  Witness is sworn.  Direct exam by Mr.
                 Sullivan.

2:25 p.m.        Cross exam by Mr. Withrich.
No redirect.

Witness Jensen is excused.

2:36 p.m.        Mr. Sullivan presents responsive argument on the motion.

2:50 p.m.        Mr. Wuthrich presents rebuttal argument.

**ORDERED:**     Plaintiff's Motion to Compel Production of Customer Files (document 20) is **taken
                 under advisement**.

Mr. Wuthrich makes statements regarding the scheduling of private mediation.

Mr. Sullivan makes responsive remarks.

**Court in recess 3:02 p.m.**
Total In-Court Time 0:59, hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.