IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-00128-EWN-MJW

CHRISTOPHER WELLS,

Plaintiff,

v.

PIKES PEAK ACURA, LTD,
aka Crouch Management Inc.,
a/k/a Pikes Peak Imports, Ltd.,

Defendant.

**MINUTE ORDER**

     It is hereby ORDERED that Plaintiff's Motion for Amended Order Regarding Plaintiff's Motion to Compel Production of Customer Files (docket no. 35) is GRANTED. This court did make a clerical error in it's Order (docket no. 34) regarding the time frame in which Defendant shall provide customer files.  Accordingly, this court's Order (docket no. 34) is amended to reflect the time from December 1, 2004 until December 1, 2005 instead of December 1, 2003 to November 30, 2004, for the time period for delivering of the customer files.

Date:  September 4, 2007