IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-00128-EWN-MJW

CHRISTOPHER WELLS,

Plaintiff,

v.

PIKES PEAK ACURA, LTD,
aka Crouch Management Inc.,
a/k/a Pikes Peak Imports, Ltd.,

Defendant.

**MINUTE ORDER**

It is hereby ORDERED that Defendant's Motion for Protective Order (docket no. 48) is GRANTED as follows.  The written Protective Order is APPROVED and made an Order of Court.

It is FURTHER ORDER that the Defendant's Motion for Extension of Dispositive Motions Deadline (docket no. 44) is GRANTED.  The deadline to file dispositive motions is extended to November 16, 2007.

Date:   September 24, 2007